NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DENISE L. ROBINSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2014-3176

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-0580-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Denise L. Robinson moves for a 14-day extension of time to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Robinson's reply brief is due within 14 days of the date of filing of this order.

2                                                    ROBINSON v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27